CHARLOTTE L. FOX, Appellant, *v.* CITY OF SYRACUSE, Respondent, Impleaded with Another.

HENRY J. FOX, Appellant, *v.* CITY OF SYRACUSE, Respondent, Impleaded with Another.

(Argued November 18, 1931; decided December 4, 1931.)

*Jesse E. Kingsley* for appellants.

*Charles V. Byrne* and *J. C. Tormey* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.